IN THE UNITED STATES' DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DKT NO. 1:05-CV-11046 WGY

NURSE ET AL V. ST. JOHN ST. JAMES INCORPORATED

**PLAINTIFFS' MOTION FOR CLARIFICATION**

The Plaintiffs received the Court's "Notice of Electronic Filing" dated September 7th – 2005 and postmarked 8th on Saturday – the 10th. Nonetheless, the Plaintiffs would like the Court to elucidate to them if their motion for Three-Judge District Court was pending or not? The "Electronic ORDER entered finding as moot …" appeared confusing [to the Plaintiffs] hence the head. "Time is of essence" and it would be better to err on the right side.

Respectfully submitted on Saturday – September 10th – 2005.

JUNE NURSE AND ANOTHER
Pro Se,
P. O. Box 1351,
Boston – MA 02117-1351.
Telephone: (617) 265 6291.