UNITED STATES' DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL DOCKET NUMBER: 1:05-CV-11046 -WGY

JUNE NURSE, ET AL. –
Plaintiff

V.

ST. JOHN AND ST. JAMES INCORPORATED –
Defendants

---

PLAINTIFFS' NOTICE OF APPEAL TO THE FIRST CIRCUIT

In view of the Court denial of the Plaintiff's Motion for Three-Judge Court amongst others dated September 23rd and postmarked 27th – 2005. By and large, the Plaintiffs considered it unavoidable to appeal the decision [to the above-mentioned Appeals Court]

JUNE NURSE AND ANOTHEER,
Pro Se,
P. O. Box 1351,
Boston – MA 02117-1351.

Dated: Monday – October 10th – 2005.