UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-cv-11046

June Nurse

v.

St. John St. James

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 10/13/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on October 21, 2005.

Sarah A. Thornton, Clerk of Court

By: Jeanette Ramos

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 10/21/05

D Barclard

Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:05-cv-11046-WGY

Nurse et al v. St. John St. James Incorporated  
Assigned to: Chief Judge William G. Young  
Cause: 42:1983 Civil Rights Act

Date Filed: 05/18/2005  
Jury Demand: None  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question

**Plaintiff**

June Nurse

represented by June Nurse  
P.O. Box 1351  
Boston, MA 02117-1351  
PRO SE

**Plaintiff**

Cavarah Nurse

represented by Cavarah Nurse  
P.O. Box 1351  
Boston, MA 02117-1351  
PRO SE

V.

**Defendant**

St. John St. James Incorporated

| Date Filed | # | Docket Text |
|---|---|---|
| 05/17/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Dein. (Bell, Marie) (Entered: 05/26/2005) |
| 05/18/2005 | 14 | Case transferred in from District of Florida Tallahassee Division; Case Number 05cv59-WS. Original file with documents numbered 1,3,7,10 and 11, certified copy of transfer order and docket sheet received. (Attachments: # 1 COMPLAINT# 2 MOTION IN FORMA PAUPERIS# 3 AMENDED COMPLAINT# 4 REPORT AND RECOMMENDATION# 5 OBJECTION) (Bell, Marie) (Entered: 05/26/2005) |
| 07/26/2005 |  | Judge William G. Young : Electronic ORDER entered. re 14 Case Transferred In - District Transfer. SINCE IT APPEARS FROM THE RECORD THAT BOTH THE PLAINTIFFS AND THE DEFENDANT ARE MASSACHUSETTS RESIDENCES, THIS COURT HAS NO SUBJECT MATTER JURISDICTION. THE PLAINTIFF HAS ONCE BEEN GIVEN A CHANCE TO AMEND TO ADDRESS THE |

| | | |
|---|---|---|
| | | JURISDICTIONAL ISSUE AND, WHILE AN AMENDMENT HAS BEEN PROFERRED, IT DOES NOT CURE THE JURISDICTIONAL DEFECT. ACCORDINGLY, THIS CASE IS ORDERED DISMISSED. cc/cl.(Bell, Marie) (Entered: 07/26/2005) |
| 07/26/2005 | | Civil Case Terminated. (Bell, Marie) (Entered: 07/26/2005) |
| 08/01/2005 | 15 | MOTION for Reconsideration re Order Dismissing Case, by June Nurse. (Bell, Marie) (Entered: 08/03/2005) |
| 08/18/2005 | | Judge William G. Young : Electronic ORDER entered RE: 15 Motion for Reconsideration re 7/26/05 Order. MOTION DENIED. THIS COMPLAINT DOES NOT ALLEGE A CIVIL RIGHTS VIOLATION AND THIS COURT HAS NO DIVERSITY JURISDICTION. cc/cl. (Bell, Marie) (Entered: 08/19/2005) |
| 09/02/2005 | 16 | MOTION For Three Judge District Court by June Nurse, Cavarah Nurse. c/s.(Bell, Marie) (Entered: 09/06/2005) |
| 09/07/2005 | | Judge William G. Young : Electronic ORDER entered finding as moot 16 Motion For Three Judge District Court. cc/cl. (Bell, Marie) (Entered: 09/07/2005) |
| 09/15/2005 | 17 | MOTION for Clarification re Electronic Order on Motion for Three-Judge District Court. by June Nurse, Cavarah Nurse.(Bell, Marie) (Entered: 09/19/2005) |
| 09/23/2005 | | Judge William G. Young : ElectronicORDER entered DENIED AS UNNECESSARY 17 Motion for Clarification re Order on Motion for Three-Judge District Court. cc/cl. (Bell, Marie) (Entered: 09/26/2005) |
| 10/13/2005 | 18 | NOTICE OF APPEAL as to Electronic Order on Motion for Clarification, Electronic Order on Motion for Three-Judge Court by June Nurse, Cavarah Nurse. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 11/2/2005. (Bell, Marie) (Entered: 10/17/2005) |