AFFIDAVIT IN SUPPORT OF MOTION TO PROCEED ON APPEAL IN FORMA PAUPERIS

UNITED STATES DISTRICT COURT

FOR THE **MASS** DISTRICT OF **MASSACHUSETTS**

v. | NO. **1:05-w-11046 WGY**
**ST John ST James Inc**

I, **June Nurse** being first duly sworn, depose and say that I am the

Plaintiff/Defendant, in the above-entitled case; that in support of my motion to proceed on appeal without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe

I am entitled to redress; and that the issues which I desire to present on appeal are the following: **Total condemnation deprivation of equal protection and due process, clauses. Injury of law and error of law.**

I further swear that the responses which I have made to the questions and instructions below relating to my ability to pay the cost of prosecuting the appeal are true.

1. Are you presently employed?   **yes**

a. If the answer is yes, state the amount of your salary or wages per month and give the name and address of your employer.  **3,600 · MRTA**

b. If the answer is no, state the date of your last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, or other source?   **No**

a. If the answer is yes, describe each source of income, and state the amount received from each during the past twelve months.

3. Do you own any cash or checking or savings account?   **yes**

a. If the answer is yes, state the total value of the items owned. $17.00

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  yes

a. If the answer is yes, describe the property and state its approximate value. 1993 car $500.00 — Jeep cherokee

5. List the persons who are dependent upon you for support and state your relationship to those persons.
5 children

I understand that a false statement or answer to any questions in this affidavit will subject me to penalties for perjury.

_____
Signature

SUBSCRIBED AND SWORN TO before me this __5__ day of __November__ 20 _05_

Let the applicant proceed without prepayment of costs or fees or the necessity of giving security therefor.

_____, District Judge.

Warning:

These forms are provided AS IS. They may not be any good. Even if they are good in one jurisdiction, they may not work in another. And the facts of your situation may make these forms inappropriate for you. They are for informational purposes only, and you should consult an attorney before using them.